United States District Court
Southern District of Texas
**ENTERED**
February 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GARARDO GARCIA-MALDONADO, individually and on behalf of all others similarly situated,<br><br>vs.<br><br>WPX ENERGY SERVICES COMPANY, LLC, WPX ENERGY PERMIAN, LLC; and PATRIOT DOZER SERVICE, LLC D/B/A TINDOL CONSTRUCTION. | DOCKET NO. 2:18-cv-00450<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## ORDER

Before the Court is an unopposed motion by the Plaintiffs requesting approval of the Parties' settlement agreement. After reviewing the Parties' motion and supporting papers, including the Parties' agreement, it is hereby

**ORDERED** that the Motion is **GRANTED** in its entirety. It is further

**ORDERED** that the Parties' settlement agreement is approved as a fair and reasonable resolution of the Parties' bona fide dispute under the Fair Labor Standards Act.

SIGNED this ____ day of  2/3/2020 .

_____
UNITED STATES DISTRICT JUDGE