Case 2:18-cv-00450   Document 81   Filed on 03/12/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 12, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GARARDO GARCIA-MALDONADO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-450 |
| | § | |
| PATRIOT DOZER SERVICE, LLC; dba | § | |
| TINDOL CONSTRUCTION, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Unopposed Motion for Approval of Settlement Agreement (D.E. 79) and the Court's Order (D.E. 80) granting the motion, the Court enters final judgment dismissing this action with prejudice.

ORDERED this 12th day of March, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE